Brent R. Phillips (NM Federal Bar No. 23-268)
PHILLIPS LAW CORPORATION
801 Parkcenter Drive, Suite 105
Santa Ana, CA 92705
Tel: (714) 573-4087
Fax: (714) 586-5499
E-mail: bphillips@phillipslawcorporation.com

Attorneys for Defendants
VERIFIED DOCU SERVICE, INC. and
JARREN CLORES

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**(LAS CRUCES DIVISION)**

| | |
|---|---|
| RUBEN ESCANO;<br><br>Plaintiff;<br><br>v.<br><br>VERIFIED DOCU SERVICE, INC. a State of California corporation; and JARREN CLORES a.k.a. BRANDON CLORES, an individual;<br><br>Defendants. | **Case No.: 2:25-cv-00513-GBW-JHR** |

**JOINT STATUS REPORT AND PROVISIONAL DISCOVERY PLAN**

Pursuant to the Court's Order Setting Rule 16 Scheduling Conference and Rule 26(f) of the Federal Rules of Civil Procedure Plaintiff RUBEN ESCANO ("Plaintiff") and Defendant VERIFIED DOCU SERVICE, INC. ("Verified Docu" or "VDS") and Defendant BRANDON CLORES ("Clores") submit the following Joint Rule 26(f) Case Management Report. Verified

Docu and Clores are collectively referred to herein as "Defendants." This Joint Rule 26(f) Case Management Report is submitting following the conference of counsel required by Federal Rule of Civil Procedure 26(f) held on June 13, 2025 at 2:00 p.m. attended by Brent R. Phillips for Defendants and Ruben Escano representing himself.

**NATURE OF THE CASE**

This is a Telephone Consumer Protection Act ("TCPA"), 47 U.S.C § 227 case. Plaintiff alleges that Defendants made fifty-eight (58) phone calls to Plaintiff between August 24, 2018 and May 11, 2024 using an automated dialing system while his phone number was listed on the National Do-Not-Call Registry maintained by the Federal Trade Commission in violation of the TCPA and the New Mexico Unfair Practices Act ("NMUPA"), N.M. Stat. Ann. § 57-12. Defendants deny having contacted Plaintiff. The Complaint alleges causes of action for violations of the TCPA, and the NMUPA and for trespass to chattel.

**AMENDMENTS TO THE PLEADINGS AND JOINDER OF PARTIES**

Plaintiff should be allowed until October 13, 2025 to move to amend the pleadings and to join additional parties in compliance with the requirements of Fed. R. Civ. P. 15(a). Defendants should be allowed until October 31, 2025 to move to amend the pleadings and to join additional parties in compliance with the requirements of Fed. R. Civ. P. 15(a).

**STIPULATIONS**

The parties stipulate that venue is properly laid in this District; that the United States District Court for the District of New Mexico has jurisdiction of the parties and the subject matter.

The parties are willing to further stipulate to the following facts: None.

The parties further stipulate and agree that the law governing this case is: Federal for Plaintiff's cause of action for violation of the TCPA, New Mexico law for Plaintiff's causes of action for violation of the NMUPA and trespass to chattel, and federal procedural law.

## PLAINTIFF'S CONTENTIONS

Many of the calls began with prerecorded or artificial messages. During at least one call, a phone representative said that the company he worked for was "Verified Docu Service." The phone representative also confirmed that VDS had called Plaintiff multiple times already. Additionally, the phone representative sent Plaintiff an email from the domain name of VerifiedDocuService.org.

Plaintiff primarily contends that VDS initiated the 58 calls. Plaintiff also contends that if VDS did not initiate the calls, it used an agent to do so and such actions were authorized or ratified by VDS and Clores. Plaintiff contends this telemarketing scheme was authorized, built, and directed by Clores. Finally, Plaintiff contends that damages under the TCPA and NMUPA are calculated on a per-violation basis, not a per-call basis.

## DEFENDANTS' CONTENTIONS

Defendants contend that they did not initiate telephone calls to Plaintiff.

## PROVISIONAL DISCOVERY PLAN

The parties jointly propose to the Court the following discovery plan:

**Plaintiff:**

Fact Witnesses Known at this Time:

**Plaintiff Ruben Escano**
2311 Ranch Club Road
Mailbox #2-180
Silver City, NM 88061
(201) 527-8938

Mr. Escano is expected to testify about each of the at least 58 telephone calls he received, including with whom he spoke, what was discussed, the similarities of the calls, the annoyance of the calls, and other details about those calls.

**Corporate representative of VDS**

A designated representative is expected to testify about VDS's telemarketing scheme.

**Jarren Clores**

Jarren Clores is expected to testify about VDS's telemarking scheme and his involvement with the scheme.

Trial Exhibits Known at this Time: phone records, Plaintiff's notes taken during and immediately after the calls (some information in these notes may be privileged and Plaintiff reserves the right to redact such information), and VDS's email to Plaintiff.

Expert Witnesses Known at this Time: none.

**Defendants.**

Defendants anticipate calling the following witnesses for deposition and/or for trial:

| Witness | Subject of Information |
|---|---|
| Verified Docu Service, Inc.<br>c/o Brent R. Phillips<br>Phillips Law Corporation<br>801 Parkcenter Drive, Suite 105<br>Santa Ana, CA 92705<br>Tel: (714) 573-4087 | Representatives for Verified have information regarding if there were any telephone calls made by Verified to Plaintiff, Verified, Verified's marketing of services, Verified's marketing programs, Verified's Telephone Consumer Protection Act compliance program, and Verified's phone system.<br><br>Representatives for Verified will also serve as an authenticating and foundational witness. |
| Jarren Clores<br>c/o Brent R. Phillips<br>Phillips Law Corporation<br>801 Parkcenter Drive, Suite 105<br>Santa Ana, CA 92705<br>Tel: (714) 573-4087 | Mr. Clores has information regarding if there were any telephone calls made by Verified to Plaintiff, Verified, Verified's marketing of services, Verified's marketing programs Verified's Telephone Consumer Protection Act compliance program, and Verified's phone system.<br><br>Mr. Clores will also serve as an authenticating and foundational witness. |
| Ytel<br>26632 Towne Centre Drive, Suite 300<br>Lake Forrest, CA 92610<br>Tel: (800) 382-4913 | A representative for Ytel will have information regarding telephone calls placed and received by Verified and the dates and times of the calls.<br><br>A representative for Ytel will also serve as an authenticating |

| | |
|---|---|
| | and foundational witness. |
| Ruben Escano<br>2311 Ranch Club Road<br>Mailbox #2-18<br>Silver City, NM 88061<br>Tel: (201) 527-8938 | Mr. Escano has information regarding his claims against Verified for violation of the Telephone Consumer Protection Act, Unfair Practices Act, and any alleged phone calls to him by Verified.<br><br>Mr. Escano will also serve as an authenticating and foundational witness. |

Defendants anticipate using the following documents as trial exhibits:

1. Verified's Telephone Consumer Protection Act compliance policies.

2. Verified's phone records.

3. Plaintiff's phone records.

4. Verified's corporation documents.

Maximum of 25 interrogatories by each party to any other party. (Responses due 30 days after service).

Maximum of 40 requests for admission by each party to any other party. (Response due 30 days after service).

Maximum of 7 depositions by Plaintiff and 7 by Defendants. Each deposition limited to maximum of 7 hours unless extended by agreement of parties.

Reports from retained experts under Rule 26(a)(2) due:

from Plaintiff by April 13, 2026.

from Defendants by May 13, 2026.

Supplementation under Rule 26(e) due within 30 days.

All discovery commenced in time to be complete by May 30, 2026.

Other Items: none.

**PRETRIAL MOTIONS**

Plaintiff intends to file the following pretrial motions: motions to compel discovery as necessary, motions for summary judgment, motions in limine, and motions to amend pleadings to add new parties identified during discovery.

Defendants intend to file the following pretrial motions: motions for summary judgment and/or partial summary judgment.

**ESTIMATED TRIAL TIME**

The parties estimate trial will require 4 days.

____ This is a non-jury case.

__X__ This is a jury case.

The parties request a pretrial conference about 30 days before trial

**SETTLEMENT**

The Parties need to engage in further discovery in order to evaluate the potential for settlement. The parties request a settlement conference in November of 2025.

PHILLIPS LAW CORPORATION

DATED: August 27, 2025

By: */s/ Brent R. Phillips*

Brent R. Phillips (NM Federal Bar No. 23-268)
801 Parkcenter Drive, Suite 105
Santa Ana, CA 92701
E-mail: bphillips@phillipslawcorporation.com

Attorneys for Defendant Verified Docu Service, Inc. and Defendant Jarren Clores

DATED: August 27, 2025

By: */s/ Ruben Escano* (Approved via email 8/27/2025)

Ruben Escano, Pro Se
2311 Ranch Club Road, Suite 2-180
Silver City, NM 88061
Tel: (201) 527-8938
E-mail: rubenescano@gmail.com
Pro Se

## CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is PHILLIPS LAW CORPORATION, 801 Parkcenter Drive, Suite 801, Santa Ana, California 92705.

On August 27, 2025, I served by electronic mail the following parties:

| | |
|---|---|
| Ruben Escano, Pro Se<br>2311 Ranch Club Road, Suite 2-180<br>Silver City, NM 88061<br>Tel: (201) 527-8938<br>E-mail: rubenescano@gmail.com | Attorneys for:<br>**Pro Se** |

the following document(s) listed below:

**JOINT STATUS REPORT AND PROVISIONAL DISCOVERY PLAN**

☐ [State] I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ [Federal] I declare that I am employed in the office of a member of the bar of this Court at which direction the service was made.

Executed on August 27, 2025, at Santa Ana, California.

______________________________
Brent R. Phillips